## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: September 07, 2023

Mr. Brian Church Howe
University of Cincinnati College of Law
Ohio Innocence Project
P.O. Box 210040
Cincinnati, OH 45221

Re: Case No. 23-3735, *Kayla Ayers v. Ohio Department of Rehabilitation and Correction*
Originating Case No. : 5:20-cv-01654

Dear Counsel,

This appeal has been docketed as case number **23-3735** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **October 10, 2023**. More specific instructions are printed on each form.

      Appellant:    Appearance of Counsel
                          Application for Admission to 6th Circuit Bar (if applicable)

      Appellee:    Appearance of Counsel
                          Application for Admission to 6th Circuit Bar (if applicable)

**505.00 Appellate Filing Fee or Pauper Motion:** If obligations regarding the appellate filing fee or a motion for pauper status are not met by the deadline noted above, the appeal may be dismissed for want of prosecution.

- If the district court granted pauper status on the original petition, and <u>did not</u> revoke pauper status for the appeal, no appellate filing fee is due.
- If the district court granted pauper status on the original petition, but <u>revoked</u> pauper status for the appeal (certified not in good faith), then the appellate filing fee is due in **district court**, or you may file a motion for pauper status and financial affidavit in the **Sixth Circuit**.
- If pauper status was never addressed, the appellate filing fee or a motion for pauper status and financial affidavit is due in the **district court**.

**Certificate of appealability:** For this appeal to proceed, the district court or this court must issue a certificate of appealability stating at least one issue for review.

- If the district court has denied a certificate of appealability as to all issues, you may file a motion to grant a certificate of appealability with this court. *See FRAP 22(b)*.
- If the district court has issued a certificate of appealability as to some, but not all issues, you may file a motion to expand the certificate of appealability with this court. *See FRAP 22(b)*.
- If you choose to file a motion in this court, please do so as soon as possible. *See 6 Cir. R. 22(a)*.

**Appointment of counsel:** The appointment of counsel under the Criminal Justice Act is not automatic in a habeas case. Counsel who seeks continuing appointment on appeal must file a motion to extend the appointment.

Should you have any questions regarding these requirements, please do not hesitate to contact the Clerk's Office.

Sincerely yours,

s/Ryan E. Orme
Case Manager
Direct Dial No. 513-564-7079

cc: Ms. Maura O'Neill Jaite

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 23-3735

KAYLA JEAN AYERS

    Petitioner - Appellant

v.

OHIO DEPARTMENT OF REHABILITATION AND CORRECTION, Director

    Respondent - Appellee