# United States Court of Appeals for the Sixth Circuit

## Argument Acknowledgment

1. Sixth Circuit Case No(s): 23-3735

2. Case Caption (Short Title): Kayla Ayers v. Ohio Dept of Rehab and Corr

3. Argument is scheduled for 0900 *(time)* on July 25, 2024 *(day, date)* and will be held:

   [X] Live (In Person)    [ ] by Video    [ ] by Telephone

4. I, Katherine Mullin, will be presenting argument on behalf of:

   [ ] Appellant / Petitioner    [ ] Amicus Curiae    [ ] Other (please specify below):
   [X] Appellee / Respondent     [ ] Intervenor

   If you are substituting for an attorney who had previously filed an argument acknowledgment, please indicate the name of the attorney: _____

5. Party Name(s): Ohio Deptartment of Rehabilitation and Correction

6. Minutes reserved for rebuttal (appellant / petitioner only): _____ (in whole minutes only)

7. If you are sharing time with one or more attorneys, please address the following:

   A. Number of attorneys sharing time: _____
   B. Total number of minutes (in whole minutes only) to be shared: _____
   C. Your arguing sequence (e.g., 1st, 2nd, etc.): _____
   D. Your assigned minutes (in whole minutes only): _____

**If you have not previously registered as an ECF filer and filed an appearance form in this case, you must do both.**

Docketing Instructions:
Event Category: **Argument**; Event: **Argument Acknowledgment**

---

**CERTIFICATE OF SERVICE**

I hereby certify that on the date of this filing, all parties or their counsel of record have been electronically served via the court's CM/ECF system.

---

*Updated 4/3/24*