# No. 23-3735

## IN THE UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT

| | |
|---|---|
| KAYLA JEAN AYERS,<br>    Petitioner-Appellant,<br>v.<br>OHIO DEPARTMENT OF REHABILITATION AND CORRECTIONS, DIRECTOR,<br>    Respondent-Appellee. | On Appeal from the<br>United States District Court<br>for the Northern District of Ohio<br><br>District Court Case No.<br>5:20-cv-01654 |

## APPELLEE'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A PETITION FOR REHEARING EN BANC

DAVE YOST
Attorney General of Ohio

T. ELLIOT GAISER*
Ohio Solicitor General
 *Counsel of Record*
MICHAEL J. HENDERSHOT
Chief Deputy Solicitor General
JANA M. BOSCH
Deputy Solicitor General
KATHERINE E. MULLIN
Senior Assistant Attorney General
30 East Broad Street, 17th Floor
Columbus, Ohio 43215
614.466.8980
thomas.gaiser@ohioago.gov

*Counsel for Appellee*
 *Ohio Department of Rehabilitation*
 *and Correction, Director*

# MOTION FOR EXTENSION OF TIME

Pursuant to Sixth Circuit Rule 26, the appellant Director respectfully requests a 14-day extension of time to file a Petition for Rehearing En Banc. The petition is currently due on September 9, 2024. A 14-day extension would move the due date to Monday, September 23, 2024.

Good cause exists for an extension because of counsel's obligations in this and other courts. A short delay will allow counsel to meet those obligations while still allowing time to effectively write and file a rehearing petition.

Counsel for the Director contacted counsel for the appellant, who does not oppose this extension.

Respectfully submitted,

DAVE YOST
Attorney General of Ohio

*/s/ T. Elliot Gaiser*
T. ELLIOT GAISER*
Ohio Solicitor General
  **Counsel of Record*
MICHAEL J. HENDERSHOT
Chief Deputy Solicitor General
JANA M. BOSCH
Deputy Solicitor General
KATHERINE E. MULLIN
Senior Assistant Attorney General
30 East Broad Street, 17th Floor
Columbus, Ohio 43215
614.466.8980
thomas.gaiser@ohioago.gov

*Counsel for Appellee*
  *Ohio Department of Rehabilitation*
  *and Correction, Director*

# CERTIFICATE OF COMPLIANCE

I hereby certify, in accordance with Rule 32(g) of the Federal Rules of Appellate Procedure, that this motion complies with the type-volume requirements and contains 103 words. *See* Fed. R. App. P. 27(d)(2)(A).

I further certify that this motion complies with the typeface requirements of Federal Rule 32(a)(5) and the type-style requirements of Federal Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Equity font.

*/s/ T. Elliot Gaiser*
T. ELLIOT GAISER

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2024, this motion was filed electronically.  Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ T. Elliot Gaiser*
T. ELLIOT GAISER